UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ALEXANDER R. RUPERT,

    Plaintiff,

v.

BETTY BAHIAN OLIVEROS, et al.,

    Defendants.

2:11-CV-773 JCM (GWF)

**ORDER**

Presently before the court is the magistrate judge's report and recommendation to dismiss the plaintiff Alexander R. Rupert's complaint. (Doc. #5). Plaintiff has not filed any objections.

Upon review of the magistrate judge's report and recommendation (doc. #5), and there being no objections filed,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that United States Magistrate Judge George W. Foley's report and recommendation (doc. #5) be, and hereby is, AFFIRMED in its entirety.

IT IS FURTHER ORDERED that plaintiff's complaint (doc. #1-1) be, and hereby is, dismissed with prejudice.

DATED October 5, 2011.

                                                      UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**